

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

Nos. 04-14-00725-CR & 04-14-00726-CR

Joe Eric **HINOJOSA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2013CR10041 & 2013CR10042
Honorable Raymond Angelini, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, these appeals are DISMISSED.

SIGNED December 10, 2014.

_____
Catherine Stone, Chief Justice